SOUTH BUFFALO STORES, INC., Respondent, *v.* W. T. GRANT Co., et al., Appellants.

Argued March 15, 1937; decided April 20, 1937.

*George W. Wanamaker* for W. T. Grant Co., appellant.

*J. Edmund Kelly* for Fred A. Kreitner et al., appellants.

*Sidney B. Pfeifer, Henry Jadd* and *Sol Tully* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.